UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DANTE MURPHY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COUNTY OF NEW HANOVER )<br>    Defendant. ) | **JUDGMENT**<br>No. 7:17-CV-229-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2021, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is GRANTED.

**This Judgment Filed and Entered on March 30, 2021, and Copies To:**
Michael C. Harmon (via CM/ECF Notice of Electronic Filing)
Scott C. Hart / Frederick Hughes Bailey, III (via CM/ECF Notice of Electronic Filing)

March 30, 2021      PETER A. MOORE, JR., CLERK

               /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk